**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEDRO RAFAEL LUNA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FIGUEROA, Warden,<br><br>　　　　Respondent.<br>_____ | ) NO. CV 13-6681-BRO(E)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 15, 2014.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE